UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 5:24-cr-71-TPB-PRL
26 U.S.C. § 5861(d)
18 U.S.C. § 922(o)

JOSHUA WALTER FRIES,
a/k/a "Jolly"

INDICTMENT



The Grand Jury charges:

## COUNT ONE
(Possession of an Unregistered Silencer)

On or about February 29, 2024, in the Middle District of Florida, the defendant,

**JOSHUA WALTER FRIES,**

did knowingly possess a firearm, that is: a silencer, as defined by 18 U.S.C. § 921(a)(25), which was not registered to the defendant in the National Firearms Registration and Transfer Record, as required by 26 U.S.C. § 5841.

In violation of 26 U.S.C. §§ 5841, 5861(d) and 5871.

## COUNT TWO
(Possession of a Machinegun)

On or about April 3, 2024, in the Middle District of Florida, the defendant,

**JOSHUA WALTER FRIES,**

did knowingly possess a machinegun, as defined by 26 U.S.C. § 5845(b).

In violation of 18 U.S.C. §§ 922(o) and 924(a)(2).

## **FORFEITURE**

1.  The allegations contained in Counts One and Two are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872, 28 U.S.C. § 2461(c), and 49 U.S.C. § 80303.

2.  Upon conviction of a violation of 26 U.S.C. § 5861, the defendant shall forfeit to the United States, pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c), any firearms involved in the violation, and, pursuant to 49 U.S.C. § 80303 and 28 U.S.C. § 2461(c), any aircraft, vehicle, or vessel used to facilitate the transportation, concealment, receipt, possession, purchase, sale, exchange, or giving away of such firearm.

3.  Upon conviction of a violation of 18 U.S.C. § 922(o), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in the offense.

4.  If any of the property described above, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third person;

    c.  has been placed beyond the jurisdiction of the Court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be subdivided without difficulty;


the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

███████████████

Foreperson

ROGER B. HANDBERG
United States Attorney

By: *Belkis Crockett*
Belkis H. Crockett
Assistant United States Attorney

By: *[signature]*
Robert E. Bodnar, Jr.
Assistant United States Attorney
Chief, Ocala Division

FORM OBD-34
June 25

No. _____

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Ocala Division

THE UNITED STATES OF AMERICA

vs.

JOSHUA WALTER FRIES
a/k/a "Jolly"

INDICTMENT

Violations: 26 U.S.C. § 5861(d)
18 U.S.C. § 922(o)

A true bill,

_____
Foreperson

Filed in open court this 25th day of June 2024.

_H. Iovvrio_ (signature)
_____
Clerk

Bail $_____

GPO 863 525